UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Civil Action No.: CV-05-5741 (CBA)
UNITED STATES OF AMERICA,                §
                                         §
           Plaintiff,                    §
  - against-                             §
                                         §
GORACK NAIPAUL,                          §
                                         §
           Defendant.                    §
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   MAY 16 2006   ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Gorack Naipaul failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Gorack Naipaul:

**Claim No. C99-20073W**

| | |
|---|---|
| Principal Balance: | $2,365.84 |
| Total Interest Accrued at 8.000%: | $1,408.18 |
| Filing and Service of Process: | $185.00 |
| Subtotal: | $3,959.02 |
| Attorney's Fees: | $ 700.00 |
| Total Owed: | $4,659.02 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
May 16, 2006

/S/ Hon. Carol B. Amon
Carol Bagley Amon
United States District Judge